# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JOHN ANDREW MCCAIN,**

    **Plaintiff,**

vs.                                    Case No. 4:17cv400-RH/CAS

**DOCTOR MARTINEZ, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se, initiated this case on September 5, 2017, by submitting a civil rights complaint under 42 U.S.C. § 1983, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. Plaintiff's motion was blank, unsigned, and, thus, insufficient. An Order was entered on September 7, 2017, directing Plaintiff to either pay the filing fee for this case or file a proper in forma pauperis motion on or before October 10, 2017. ECF No. 4. That Order was returned to this Court with a notation that the "inmate refused" the mail. ECF No. 5. Subsequently, nothing has been received from Plaintiff indicating a desire to proceed with this case.

Accordingly, Plaintiff's refusal is construed as notice to the Court that Plaintiff no longer desires to proceed with this case.  Pursuant to Rule 41(a), a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal.  Fed. R. Civ. P. 41(a).  The mail return is sufficient to demonstrate Plaintiff's intention to not proceed with this litigation, but a court order is required to dismiss this case for Plaintiff's failure to prosecute or comply with a court order.  Fed. R. Civ. P. 41(b).

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute and failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on October 16, 2017.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.